UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THOMAS PORTER,

                Plaintiff,                      **MEMORANDUM & ORDER**

            -against-                    24-CV-5474 (RER) (SJB)

75TH PRECINCT,

                Defendant.
-------------------------------------------------------------x

**RAMÓN E. REYES, JR, United States District Judge:**

      Plaintiff Thomas Porter filed this *pro se* action against the 75th Precinct of the New York City Police Department ("NYPD"). By Order entered August 8, 2024, the Court granted his request to proceed *in forma pauperis* and dismissed the complaint with leave to submit an amended complaint within 30 days. (ECF No. 4). Plaintiff was warned that failure to file an amended complaint within 30 days would result in dismissal of his case.

      More than 30 days have passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is hereby dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court is directed to enter judgment and close this case and to send a copy of this Order and the Judgment to Plaintiff.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

                                                                   _____
                                                                   RAMÓN E. REYES, JR,
                                                                   United States District Judge

Dated: September 23, 2024
       Brooklyn, New York